UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL L. BROWN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:13-cv-425-WTL-DKL |
| | ) |
| PRESSTIME GRAPHICS, INC., | ) |
| OSLER INSTITUTE, INC., and | ) |
| JOSEPH H. SELLIKEN, JR., | ) |
| | ) |
|    Defendants. | ) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff, Daniel L. Brown ("Brown"), by counsel, files his Motion for Attorneys' Fees and Costs against Defendants Presstime Graphics, Inc. Osler Institute, Inc. and Joseph H. Selliken, Jr. ("Defendants").

1. On November 14, 2016, following trial in this Fair Labor Standards Act ("FLSA") and Indiana Wage Payment Statute ("IWPS") case, the jury reached a unanimous verdict in Brown favor.

2. On December 1, 2016, this Court entered judgment for Brown in the amount of $171,345.76.

3. Pursuant to Fed.R.Civ.P. 54(d)(1) and (2), Brown timely files this motion for Attorney's Fees and Costs.

4. As supported by his accompanying Plaintiff's Brief In Support of Motion for Attorneys' Fees and Costs, Brown seeks an award of attorney's fees in the amount of $161,044.50; taxable costs pursuant to 28 U.S.C. § 1920 in the amount of $1,950.12; and litigation expenses in the amount of $2,062.72.

Respectfully submitted,

s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., (#19353-49)
Robert J. Hunt (#30686-49)

GIBBONS LEGAL GROUP, P.C.
3091 E. 98th Street, Suite 280
Indianapolis, Indiana 46280
Telephone: (317) 706-1100
Facsimile: (317) 623-8503
E-Mail: phil@gibbonslegalgroup.com
rob@gibbonslegalgroup.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 14th day of December, 2016, by way of the Court's Electronic Case Filing system upon the following counsel of record:

Steven L. Blakely
sblakely@acton-snyder.com

Nicolas J. Boileau
nick.boileau@acton-snyder.com

s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr.