UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL L. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:13-cv-425 WTL-DKL |
| PRESSTIME GRAPHICS, INC., OSLER INSTITUTE, INC., and JOSEPH H. SELLIKEN, JR., | ) ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF ATTORNEY ROBERT J. HUNT

I, Robert J. Hunt, having been duly sworn and under oath, state as follows:

1. I am over 18 years of age and otherwise competent to testify as to the matters contained herein.

2. In this Affidavit, I will provide information necessary to support Plaintiff's Bill of Costs.

3. Philip J. Gibbons, Jr. and I, both of the law firm Gibbons Legal Group, P.C., are the attorneys who represented Plaintiff in his successful claims for unpaid overtime wages under the FLSA and unpaid wages under the Indiana Wage Payment Statute. Plaintiff seeks $1,950.12 in reimbursement of costs pursuant to 28 U.S.C. § 1920.

4. On behalf of Plaintiff Daniel L. Brown, Gibbons Legal Group, P.C. paid the following costs and fees: 1) an original filing fee of $400.00 to the Clerk of the Court; 2) total court reporter fees and costs for transcripts for the depositions of Edward Dill, Gordon Pleus, Richard Douglas Boatman, Cory Bradbury, Derik Hagerman, Joseph

Selliken and Daniel L. Brown in the amount of $1,370.95; 3) witness fees in the amount $130.26 to witnesses Clifford Stevens, Ryan Adamson, and Cory Bradbury; and 4) fees for service of summons and subpoenas in the amount $48.91. These costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

5. Accordingly, Plaintiff seeks the total amount of $1,950.12 in his Bill of Costs.

6. A true and accurate copy of Plaintiff Daniel L. Brown's itemized bill for the total costs and expenses advanced by Gibbons Legal Group, P.C. is attached hereto as Exhibit A. That bill for costs and expenses accurately states the amounts paid for the costs described in paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert J. Hunt, Affiant

Subscribed and sworn to before me, this ___15th___ day of ___December___, 2016.

[Notary Seal:]

_____
[Signature of Notary]

2

Robert F. Hunt
[printed name of Notary]

My County of residence is Vigo

NOTARY PUBLIC

My commission expires: 6-04 , 20 24

# Gibbons Legal Group, P.C.

3091 E. 98th St. Ste. 280

Indianapolis, IN 46280

Phone: 317-706-1100   |   Fax: 317-623-8503

Account Statement

Prepared for Daniel L Brown

Re: Presstime Graphics, INc., Osler Institute, Inc. and Joseph H. Selliken, Jr.

| | |
|---|---:|
| Previous Invoice Amount | $0.00 |
| Last Payment Received | $0.00 |
| Previous Balance | $0.00 |
| Current Charges | $4,012.84 |
| Total Due | $4,012.84 |

Exhibit A

# Gibbons Legal Group, P.C.

3091 E. 98th St. Ste. 280

Indianapolis, IN 46280

Phone: 317-706-1100 | Fax: 317-623-8503

Daniel L Brown
1850 W. Oregon Church Road
Terre Haute, IN 47802

Invoice Date: December 14, 2016
Invoice Number: Pre-bill
Invoice Amount: $4,012.84

## Matter: Presstime Graphics, INc., Osler Institute, Inc. and Joseph H. Selliken, Jr.

**Attorney's Fees**

| | | | |
|---|---|---|---|
| SUBTOTAL: | | 0.00 | $0.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 12/11/2013 | Filing Fee | $400.00 |
| 12/12/2013 | Postage for Service of Summons to three Defendants | $20.31 |
| 1/22/2014 | Postage for mailing Defendants' Answers to Client. | $1.72 |
| 7/7/2014 | Postage for Written Discovery to Defendants | $2.87 |
| 8/28/2014 | Postage for Response to Defendants' Interrogatories | $1.82 |
| 10/8/2014 | Postage for Response to Defendants' Request for Production | $1.82 |
| 10/21/2014 | Mileage: Travel from Indianapolis to Terre Haute and return. | $104.83 |
| 10/23/2014 | Mileage: Travel from Indianapolis to Terre Haute and return. | $104.83 |
| 10/30/2014 | Mileage - travel from Indianapolis - Terre Haute | $112.00 |
| 11/14/2014 | Postage for Letter to Opposing Counsel re: Motion to Quash Defendants' Subpoenas | $0.69 |
| 11/24/2014 | Mileage: Travel from Indianapolis to Greencastle and return. | $73.36 |
| 12/4/2014 | Postage for Mailing of Withdrawal of Subpoenas to Third Parties | $2.40 |
| 12/10/2014 | Postage for Letter to Opposing Counsel re: Subpoena to Terre Haute Police Department | $0.48 |
| 12/16/2014 | Postage for Mailing of Subpoenas to Terre Haute Police Department | $0.96 |
| 12/18/2014 | Mileage: Travel from Indianapolis to Terre Haute and return. | $104.83 |
| 12/30/2014 | Letter to Opposing Counsel re: Subpoenas to Phone Companies | $0.69 |
| 1/6/2015 | Certified Mailings of Subpoenas to Sprint and AT&T | $7.58 |
| 1/6/2015 | Mileage: Travel from Indianapolis to Terre Haute and return. | $107.64 |
| 5/14/2015 | Postage for Letter to Opposing Counsel enclosing Police Records | $1.82 |
| 9/14/2015 | Deposition Transcript of Edward Dill | $60.52 |
| 9/14/2015 | Deposition Transcript of Gordon Pleus | $65.86 |

| Date | Description | Amount |
|---|---|---|
| 9/14/2015 | Deposition Transcript to Richard Douglas Boatman | $106.62 |
| 9/18/2015 | Postage to Defense Counsel re: Discovery Issues | $1.42 |
| 10/16/2015 | Postage for Amended Discovery Responses to Defendants | $1.42 |
| 2/4/2016 | Copy of Continued Deposition Transcript of Daniel Brown | $241.05 |
| 2/4/2016 | Court Reporter's Preparation of Deposition of Joseph Selliken | $478.30 |
| 2/4/2016 | Deposition Transcript of Cory Bradbury | $128.10 |
| 2/4/2016 | Deposition Transcript of Derik Hagerman | $99.75 |
| 2/4/2016 | Partial Deposition Transcript of Daniel Brown | $190.75 |
| 11/1/2016 | Fees for Witnesses Bradbury, Adamson and Stevens | $130.26 |
| 11/3/2016 | Certified Postage for Service of Subpoenas on Bradbury, Stevens, Adamson and Pleus | $28.60 |
| 11/10/2016 | Car Rental - Alamo Nov. 10 | $47.99 |
| 11/10/2016 | Hotel - Hilton Garden November 10 | $179.97 |
| 11/10/2016 | Mileage: Travel from Indianapolis to Terre Haute and return. | $101.30 |
| 11/11/2016 | Meal - Champ's Restaurant | $23.06 |
| 11/11/2016 | Meal - Corner Grind | $6.39 |
| 11/11/2016 | Mileage: Travel from Indianapolis to Terre Haute and return. | $101.30 |
| 11/12/2016 | Hotel - Holiday Inn Nov. 12-16 | $615.95 |
| 11/12/2016 | Meal - McDonalds | $6.68 |
| 11/13/2016 | Meal - Chipolte | $11.01 |
| 11/13/2016 | Meal - Java Hut | $7.32 |
| 11/13/2016 | Meal - McDonald's | $4.27 |
| 11/13/2016 | Meal - Wendy's | $11.96 |
| 11/14/2016 | Meal - McDonalds | $5.66 |
| 11/15/2016 | Meal - Corner Grind | $6.39 |
| 11/16/2016 | Car Rental - Alamo - Nov. 12-16 | $293.61 |
| 11/16/2016 | Meal - McDonald's | $6.68 |
| SUBTOTAL: | | $4,012.84 |

TOTAL: $4,012.84
PREVIOUS BALANCE DUE: $0.00
CURRENT BALANCE DUE AND OWING: $4,012.84